IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TROY MADISON MCMAKIN, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>   Defendant. )<br>_____) | Civil Action No: 3:11-00339-RBH<br><br>ORDER |

On January 24, 2012, Counsel for the Plaintiff, Danny Mayes, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $3,847.06 for fees (21.35 hours at $180.19 per hour), and $23.00 for costs and expenses. Defendant has filed a response indicating that it agrees to pay Plaintiff $3847.06 in attorney's fees plus $16.00 in expenses for a total EAJA award of $3863.06. The Commissioner also does not object to a payment of $7.00 in costs from the Judgment Fund.

The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $3,847.06 for fees; $16.00 for expenses; and $7.00 for costs.

July 12, 2012

                                            s/R. Bryan Harwell
                                            R. BRYAN HARWELL
                                            UNITED STATES DISTRICT JUDGE